■
**Matthew Paul ZALECK, Appellant,**

v.

**Lawrence E. WILSON, Warden San Quentin Prison, Appellee.**

**No. 20456.**

United States Court of Appeals
Ninth Circuit.

Sept. 12, 1966.

Marvin S. Kayne, San Francisco, Cal., for appellant.

Thomas C. Lynch, Atty. Gen. of Cal., Albert W. Harris, Jr., Asst. Atty. Gen., Robt. R. Granucci, Deputy Atty. Gen., San Francisco, Cal., for appellee.

* Harvey M. Johnson, of the Eighth Circuit, sitting by designation.

Before HAMLEY, HAMLIN and DUNIWAY, Circuit Judges.

PER CURIAM:

Johnson v. State of New Jersey, 384 U.S. 719, 86 S.Ct. 1772, 16 L.Ed.2d 882 requires rejection of appellant's contention that the rule of Escobedo v. State of Illinois, 378 U.S. 478, 84 S.Ct. 1758, 12 L.Ed.2d 977, should be applied retroactively to his in-custody interrogation.

Affirmed.